FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

PENNS  County# MDOC#106945 GCRCF# 201408000
(Last Name)   (Identification Number)

Vartaurse  Cornelious
(First Name)   (Middle Name)

GCRCF - George County Regional
(Institution)

154 Industrial Park Road
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 22 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 1:14cv399HSO-JCG
*(to be completed by the Court)*

"Carmen Brannan" And GCRCF- LT. COBBS, B.Thompson, LT. Shultz,
"DEAN Howell," Sgt. DAVIS, Sgt. Combs, ofc. Jones, Capt. Robinson,
"Bobby C. Fairley,"
"STANley Mcloud," And GreenCountyJail, "Wesley @"
"PAmela Anderson"
"Nurse Brook and GreenCountyMedicalCenter@,"

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: MDOC - DI-Myers, and DI-Chapman, Commander Miller ETC. at South Mississippi Correctional facility in the year of 2005.

2. Court (if federal court, name the district; if state court, name the county): Harrison County Court house Circuit Court, 2005 1983 form was filed.

3. Docket Number: B2401-2004 Caint really recall at this time. Still pending

4. Name of judge to whom case was assigned: Still pending do not know the status of it.

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): to my Knowledge its still pending to my knowledge.

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Vartaurse C. Penns    Prisoner Number: MDOC #166945 - GCRCF #2014080009
   Address: 154 Industrial park Road  or Home Add: 258 Rodenberg APT A
            Lucedale MS, 39452                  Biloxi MS, 39530

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Carmen Brannan _____ is employed as
    Medical Nurse and or STAFF _____ at GCRCF - George
    County regional Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:
VARTAURSE C. Penns              154 Industrial park Road Lucedale MS, 39452
VARTAURSE C. Penns - Home Add: 258 Rodenberg APT A Biloxi MS, 39530

DEFENDANT(S):

NAME:                           ADDRESS:
Carmen Brannan - Nurse          154 Industrial park road Lucedale MS, 39452
George County Jail - LT.COBBS, LT.SHULTZ
Dean Howell - Sheriff           154 Industrial park road Lucedale MS, 39452
SGT.DAVIS, SGT.COMBS, OFC.JONES, CAPT.Robinson,
CPL BOBBY C. Fairley - Warden   154 Industrial park road Lucedale MS 39452
        Green County Jail:
STANly McCloud - Sheriff        300 Lafayette Avenue Leakesville MS, 39451
PAmela Anderson - Jail Administrator  300 Lafayette Avenue Leakesville MS, 39451
Nurse Brook & Greene County -   300 Lafayette Avenue Leakesville MS, 39451
Wathey Medical Center @. - Nurse  Leakesville MS, 39451
AKA - WeSHey Medical Center.

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No ( ✓ )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No ( ✓ )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No ( ), if so, state the results of the procedure: Nurse retaliated by way of disrespect via Nurse (brannan), Nurse (Eddie Williams) has began proper assistance and administered medication to effected ears.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
Yes ( ✓ )   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): I wrote to the administration in the form of grievence about the Nurses actions multiple times

3. State the date your claims were presented: From 6-24-14 via GreeneCounty Jail Medical request - To 8-2-14 / 8-15-14 via grievence / 9-12-14 grievence via Heorge County Jail,

4. State the result of the procedure: The Administration had to open (notice of Nurse Eddie Williams) fill the original prescription prescribed by Dr. Steele because I could have died from the ear infection and at this present time it is still ongoing.

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On 6-24-14 I informed the nurse of Greene County Jail (Nurse Brock) of my ear infection. She looked at my ears and affirmed the swelling and visual of ruptured eardrums and stated she would notify Ms. Pam Anderson and see if she could get me to the doctor. Also that if her boss would allow her to administer something to cure the infection. She later told me that day that she (AL 4109 - core fusion) couldn't get me to the doctor but "here was a steril solution" and she put me on some antibiotics. My infection began to grow but the pain did ease up. I was transferred to George County Regional Jail 8-2-14 where I immediately filled out a sick call form for help and was denied because I had a shirt tied upon my head and was told by nurse brannan to fill out another one and next time don't be lying in bed be standing at the door. on the 8-15-14 after several —
See Attch.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks $300,000,000.00, Also plaintiff seeks punitive and nominal damages in the sum of $30,000.00, plaintiff also seeks compensitory and compulsionary damages of $200,000.00, and or equal value in real estate, stocks, bonds, or properties, livestock. Further plaintiff prays for individual capasity of all defendants in the amount of 600,000.00 each. That all (defendants) be removed from position of authority, and plaintiff be granted the maximume amount in liability of defendants— See Attached: 1st

Signed this 9th day of October, 2014

VARTAURSE C. Penns 201408000
_____
Signature of plaintiff, prisoner number and address of plaintiff
154 Industrial Park Rd
Lucedale MS 39452

10·9th·2014
(Date)

I declare under penalty of perjury that the foregoing is true and correct.
_____
Signature of plaintiff

4

ATTAchment of RELIEF:

Wherefore Premises Plaintiff prays this Honorable Court would grant the Maximume relief and any other relief justice requires and this Court deems just in the court of Law. Respectfully Submitted:

Vartaurse C. Penns

VARTAURSE C. PENNS

; NOTICE: To correct error on page 4, States on Line 5 - That All defendants be removed from Positions of Authority,

## STATEMENT OF CLAIM

### Complaint

- attempts to recieve medical attention but only to get rude and disrespectful comments and actions out of the Nurse (Carmen brannan), She Stated on the 8-17-14 you have a doctors oppointment Scheduled tomorrow on 8-18-14 I Vontourse C. Penns went and visited doctor (Steele) at the Lucedale Medical Center who took Samples of my ear infection and prescribed at that time "Bactrome and a form of ear drops (CIPRO HC 10mL in a glass bottle.) after 3 days 8-21-14 i asked the Nurse (Brannan) about the prescription and she began to yell and Scream at me Saying "Sir I'm only one person its 380 of yall and you'll get it when it Comes. 8-23-14 i recieved the bactrom for infection via Nurse brannan who opon every morning proceeded to bash me about having a big mouth for writing a grievience and wanting help for my ear infection, I notified Nurse (eddie williams) about the full prescription of bactrome and the drops wich wer on the Same prescription and learned that Nurse (C. brannan) had Split the prescription wich also was witnessed by ofc. Combs who had token me to the doctor on 8-18-14. Also Nurse Brannan Stated "My sister Camie Byrd owns this Jail Son." Nurse (Eddie Williams) told me he would check into it, on 9-11-14 Nurse Brannan Scheduled a Second appointment with greene County medical Clinic (NDC 0065-8533-02) who prescribe again only a prescription (cipradex otic) for Sterile otic Suspension and apon returning the next day i was told 7.5mL Alcon labs in plastic bottle. by nurse (C. brannan) that "i need to Shut my big Mouth", And My Mother didnot do a good job of beating me when i was little and she should have put a bar of Soap in my Mouth on the 9-12-14 as she administered the drops from greene County medical center wich wer filled at a local Hodges' Pharmacy in the County of greene. All Cost were 1-A (See 2B

ATTCh. George County Regional Jail and the Westley Medical Center located in Greene County. Complaint.

approved via greene County sherriffs department or jail by way of or via (Pamela Anderson) to ok payments for the drops. When initially Ms. Anderson and the sherriffs office of greene County knew all along with Nurse "Brook" and greene County Westley Medical Center and staff that my ear infection was very severe and dangerous and later found by george County Medical Center doctor (Steele) that my situation was very critical and informed me that i could have died all personell and trained staff are aware of there own actions and neglected to do what was right, until awareness fell on the rightous ears of medical personell who documented and via Eddie Williams had notified proper authorities of the situation at hand. The Medical Center in green County is know as the Westley Medical Center Formally used by Pamela Anderson. And the greene County sherriffs office.

Respectfully Submitted!

Vartourse C. Penns
Vortourse C. Penns.

Complaint

Attachment Claim 1B Greene County Jail administration

On May 28, 2014 I was arrested for conspiracy to commit a crime and possession with intent x2 while being housed at Greene County jail I requested for legal assistance from the jail administrator Pamela Anderson who stated that "legal assistance is a priveledge and not a right here in greene county." I reported also that the living conditions wer very poor and unsanital that there was a rust and mold problem with the air ventalation and the showers and drains are clogging up and causing our feet to break out with infections cus as in Julian Hill, Roy Crowder, Corey Mclain, David backstrom, Toney turk, Bennie Silas, just to name a few so i drew up a partician and mailed it to Micheal Crosbys office but since i had made so many request of complaints we mailed it out via Corey Mclain in order to not have the mail intercepted by staff. In the month of June and July i vartourse C. Penns continued to retrieve legal assistance and began to become unanswered at all from jail administrator and only a few staff members opt to help me in any form or fashion. I drew up a motion for bond reduction and was directed by Pamelia Anderson and Ms. Marsha Roberts to send it to justice court during the month of June i waited and was mocked and laughed at and told by Ms. Marsha Roberts on several accounts "you'll just have to wait on a judge man" I become i'll very sick with mild chest pain and fever and ear infection while living in cell #103 i complained of poor ventilation and the dust and constant running water was making us all sick because the water faucet is rusted out and contaminated but got no response at all. I filled out a sick call around the month of June 24 or 26 about my ear infection and was treated via Nurse brook who first looked at my ears and checked my vitals.

1B

Complaint.
Attachment Claim 2B Greene County Jail administration

on occaision i would have to sleep up front in a holding cell in order to breath and because of bad cheast pain and discomfort with my ear infection i was assisted by MS. S. Thomas that night and was mistreated and talked to very badly by EMT response unit documents and camera via greene county jail would show i was pulled on and jerked while vitals were being checked cursed witnessed by MS. Liz's (MS. KALA) daughter via dispatcher also who worked the night shift with MS. S. Thomas during the event. In the month of july a series of very unhealthy things went on not addressed the trustys at the jail Billy Mac AKA William bradley Corey Mclain and ARTIS bird would all use the rest room without washing there hands and serve food and beverage items without gloves constantly, many times they would be working in the gardens of the courthouse or around the grounds of the jail full of grass dirt weed eater oil and gases and serve food and beverage items with no gloves or hair net and when reported to the administrators it was said "if you dont like it then dont eat it" via Pamela Anderson by way of inmate william bradly senior trusty. I Vartaurse C. Penns notified inmate bradley of his actions and the administration actions as well and told him that it was wrong and sick to be treated this way on the 8-2-14 inmate bradley went to the administration and stated to the Sherriff get this nigger away from here he keeps running his mouth I'm gone get him while detailing a vehicle i was later moved to george county regional jail at 3:30 pm something to 4:00 pm.

Respectfully Submitted:
*Vartaurse C. Penns*
VARTAURSE C. PENNS

2.B

CERTIFACATE OF SERVICE

THIS is to Certify that, I _____ the Plaintiff in the above style and numbered cause have this day and date caused to be Mailed Via united States Mail postage, self postage, prepaid a true and Correct Copy of Motions to be Mailed to the following: cc

CC: CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT MS, 39501

CC: VARTAORSE C. Penns
154 Industrial park Rd
Lucedale MS, 39452

CC: "CARMEN Brannon" And "GEORGE COUNTY REGIONAL FACILITY," "DEAN Howell," Sgt.B.Davis, Sgt.Combs, OFC Jones, LT.COBBS, B.Thompson, BOBBY FAIRLEY, LT. Shultz, CAPT. Robinson
154 INDUSTRIAL Park Rd

CC: "STANLEY McLouD," AND "GREENE COUNTY SHERIFFS OFFICE," (JAIL)

CC: PAMELA ANDESON, NURSE Brook, And The Greene County Medical clinic@ (Wesley) VIA, 300 Lafayette AVE, Leakesville MS, 39451.

STATE OF MISSISSIPPI COUNTY OF GEORGE

PERSONALLY APPEARED BEFORE ME, THE undersigned authority in and afore said jurisdiction, the within named plaintiff who, After First being by me duly Sworn stated on oath that the Statements set forth in the above style and foregoing are true and correct as stated there in: x Jerry Rogers

SWORN TO AND SUBCRIBED before me this the 9 DATE OF October Month AD 2014.

Prepared by: x Ventause Penn
154 Industrial Park ROAD
LuceDale, MS 39452

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 72390 TERRY ROGERS Commission Expires Sep. 11, 2016 GEORGE COUNTY]