**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**VARTAURSE CORNELIOUS PENNS**                                    **PLAINTIFF**

**VERSUS**                                                   Civil No. 1:14cv399-HSO-JCG

**B. THOMPSON, et al.**                                             **DEFENDANTS**

## FINAL JUDGMENT

This matter comes before the Court on the Report and Recommendation [72] of United States Magistrate Judge John C. Gargiulo entered on July 7, 2015, recommending that this civil action be dismissed with prejudice. The Court, after consideration of the record as a whole and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED,** this the 3rd day of August, 2015.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE